AO 442 (Rev. 11/11) Arrest Warrant

FD# 10018327
USM# 08269-479

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:16-CR-185-001 |
| | ) | |
| ALAN VASQUEZ-BAZET | ) | OKED Case No.   21-MJ-445-KEW |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Alan Vasquez-Bazet
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

SEE COPY OF PETITION FOR OFFENDER UNDER SUPERVISION

DAVID J. BRADLEY, Clerk of Court

Date:   10/10/2018

   *Issuing officer's signature*

City and state:   Victoria, TX

   Y. Hausmann, Deputy Clerk
   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____   *Arresting officer's signature* _____   *Printed name and title* _____ |

United States District Court
Southern District of Texas
**ENTERED**
October 10, 2018
David J. Bradley, Clerk

PROB 12C
(08/15)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Alan Vasquez-Bazet | Case Number: | 2:16CR00185-001 |

Name of Sentencing Judge: The Honorable John D. Rainey

Date of Original Sentence: October 18, 2016

Original Offense: Transportation of an Undocumented Alien, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

Original Sentence: Time served, followed by a two (2) year term of supervised release.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | October 18, 2016 |
| Assistant U.S. Attorney: | Jon Muschenheim | Defense Attorney: | Scott M. Ellison |

## EARLIER COURT ACTION

None.

## PETITIONING THE COURT

TO ISSUE A WARRANT.

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**    **Nature of Noncompliance**

1    **Law Violation: Feloniously Pointing a firearm, as to Count 1 and Possess firearm during the commission of a felony, as to Count 2**

Vasquez-Bazet, Alan
Dkt. No. 2:16CR00185-001
Page 2

On or about August 29, 2018, in Custer County, Oklahoma, within the Western District of Oklahoma, Alan Vasquez-Bazet violated the mandatory condition of supervision by committing the offense of feloniously pointing a firearm, in violation of Oklahoma Statute 21 Section 1289316, a Felony, as to Count 1, and possess a firearm during the commission of a felony, in violation of Oklahoma Statute 21 Section 1287, a Felony, as to Count 2.

Details: According to the arrest report prepared by the Oklahoma Highway Patrol, on August 29, 2018, at approximately 12:00 p.m., Trooper Paul Staggs, was on patrol when he heard dispatch broadcast a male driver was driving west bound and pointing a firearm at other traveling motorists. A concerned traveling motorist called and gave a description of the male subject who was driving a gray car and was described to be wearing a white t-shirt, dark sunglasses, and black driving gloves. As troopers were responding to dispatch, they were further advised of a female motorist who had been forced off the road by said vehicle. The female motorist was able to provide one of the numbers on the State of Texas license plates on the suspect's vehicle.

Trooper Staggs as well as assisting officer, Trooper Boese, subsequently obtained a State of Texas license plate number, GZX-0814 for the gray vehicle. Troopers Staggs and Boese later located the vehicle with the matching Texas license plates at a Love's Truck Stop convenience store parking lot. Trooper Staggs proceeded to initiate a traffic stop with his rifle drawn and instructed the male subject to exit the vehicle. According to the Trooper Staggs, the male subject, subsequently identified as the releasee, Alan Vasquez-Bazet, appeared to be angry as he stepped out of the vehicle and closed the driver side door. The releasee was ordered to proceed to the rear part of the vehicle where Trooper Boese placed him in handcuffs for officers' safety.

During the Troopers questioning, the releasee admitted he had a road rage incident with a fellow motorist on Interstate Highway I-40 after the motorist cut him off in traffic and did not allow him to make a lane change. The releasee pursued the motorist and pulled up beside the driver side and stated the male driver flipped him off. Releasee Vasquez further stated he never pointed a firearm at the driver but was carrying a firearm on his lap during his commute through Interstate Highway I-40. When questioned by Trooper Staggs for the need to carry a firearm, the releasee stated it was for his safety. During the traffic stop, trooper Staggs walked up to the vehicle and observed a black nylon bag on the driver side floorboard and saw the bottom part of a magazine well. Upon further investigation, Troopers Staggs and Boese found a Desert Eagle, 9-millimeter firearm along with 100 rounds of ammunition, and a holster. The releasee was subsequently arrested and transported to the Custer County Jail for booking procedures.

On September 19, 2018, USPO Reynaldo Moreno Jr. made contact with the Custer, County, Oklahoma, District Clerk's Office, who confirmed the Custer County, Oklahoma, District Attorney's Office charged the releasee with feloniously pointing a firearm, as to Count 1, and possess a firearm during the commission of a felony, as to Count 2, which has been docketed under Criminal Docket Number CR-2018-170. The District Clerk further noted the releasee remains in custody in lieu of a $20,000 bond. This case remains pending disposition.

Vasquez-Bazet, Alan
Dkt. No. 2:16CR00185-001
Page 3

**2        Law Violation: Felon in Possession of a Firearm**

On or about August 29, 2018, in Custer County, Oklahoma, within the Western District of Oklahoma, Alan Vasquez-Bazet, the releasee, committed the offense of being a person convicted in any Court of a crime punishable by imprisonment for a term exceeding one year, and knowingly possessing a firearm, in violation of 18 U.S.C. § 922(g)(1), a class D felony.

The details of said offense are noted in violation #1.

**3        Law Violation: Reckless Driving**

On or about August 29, 2018, in Custer County, Oklahoma, within the Western District of Oklahoma, Alan Vasquez-Bazet, the releasee, committed the offense of reckless driving in violation of Oklahoma Statute Title 47, section 47-11-901, a misdemeanor offense.

The details of said offense are noted in violation #1.

**4        Leaving the Judicial District without Permission**

From on or about August 22, 2018, to August 29, 2018, Alan Vasquez-Bazet, the releasee, violated standard condition #1 of supervision by leaving the Southern District of Texas without permission, and subsequently traveling to Elkhart, Indiana, and Custer, County, Oklahoma. On August 22, 2018, Federico Vasquez, the releasee's father, called USPO Reynaldo Moreno Jr. and stated Alan Vasquez was in Elkhart, Indiana. On August 24, 2018, the releasee called USPO Moreno and confirmed he was in Elkhart, Indiana. The releasee was verbally admonished for leaving the district without permission of the U.S. Probation Office.

On August 28, 2018, USPO Moreno was contacted by Oklahoma Highway Patrol Trooper, Paul Staggs, and stated Alan Vasquez-Bazet had been arrested for committing the offense of feloniously pointing a firearm and possess a firearm during the commission of a felony, as noted in violation #1.

**5        Failure to Notify the U.S. Probation Officer at Least Ten Days Prior to Change in Residence**

On or about August 12, 2018, the exact date unknown, Alan Vasquez-Bazet, the releasee, violated standard condition #6 by failing to report change in residence 10 days prior to such change to USPO Reynaldo Moreno Jr., as evidenced by his August 24, 2018, conversation with USPO Moreno where he admitted being in Elkhart Indiana, since on or about August 22, 2018. The release further violated condition #6 on August 29, 2018, as evidenced by his arrest in Custer County, Oklahoma, as noted in the details noted in violation #1.

Vasquez-Bazet, Alan
Dkt. No. 2:16CR00185-001
Page 4

U.S. Probation Officer Recommendation:

☒   The term of supervision should be

    ☒   revoked.

    ☐   extended for ___ years, for a total of ___ years.

☐   To modify the conditions of supervision as follows:


I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Respectfully submitted,

By: _____

_____
Salvador Gonzalez, Supervising
United States Probation Officer

Reynaldo Moreno Jr.
United States Probation Officer
September 26, 2018

VASQUEZ-Bazet, Alan
Docket Number: 2:16CR00185-001
Page 5

THE COURT ORDERS:

[ ]   No Action

[X]   The Issuance of a Warrant, and no bond.

[ ]   The Issuance of a Warrant, and a bond of $_____ cash / surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ]   The Issuance of a Summons.

[ ]   Other:

_____
John D. Rainey
Senior United States District Judge

10/10/18
Date

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, CLERK
By _____
                    Deputy Clerk